PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
DEC 15 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Germany Duane Norris**

**Docket No. 0:00CR00064-005(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Germany Duane Norris** who was sentenced for Bank Fraud and Aiding an Abetting on January 8, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Mental health treatment
- Restitution in the amount of $10,512

On August 18, 2004, Your Honor modified his conditions to include 60 days home confinement with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mandatory Condition**: The defendant shall not illegally possess a controlled substance.

On October 12, 2006, Mr. Norris provided a urine sample which tested positive for the presence of marijuana. Mr. Norris admitted that he had used said substance and indicated that he did so because he is suffering from physical ailments.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service within three months, as directed by the probation officer.

SCANNED
DEC 15 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 14th day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on December 12, 2006
Place St. Paul

c: United States Sentencing Commission