Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Germany Duane Norris

Docket No. 0:00CR00064-005(DSD)

**HEARING WAIVER**

I, Germany Duane Norris, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The shall perform 24 hours of community service, within three months, as directed by the probation officer.

Signed: ______________________ Witness: ______________________

Germany Duane Norris
Supervised Releasee

Dated: December 12, 2006

SCANNED
DEC 15 2006
U.S. DISTRICT COURT MPLS